| JUSTIN IRWIN | * | NO. 2023-CA-0475 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| JOHN BRADLEY BRENT | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

TG     **CHASE, J., CONCURS IN THE RESULT**